**Fill in this information to identify the case:**

Debtor 1  Erschel C. De Leon

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern    District of Illinois
(State)

Case number  14-01026

---

Form 4100R

# Response to Notice of Final Cure Payment
10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR5, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR5

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:  8  4  0  9

**Property address:** 7603 Bristol Ln Unit D
Number    Street

Hanover Park    IL    60133-2558
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ 10,424.64

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    10 / 01 / 2014
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page **1**


| Debtor 1 | Erschel | C | De Leon | Case number (*if known*) 14-01026 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Noelle O'Donnell                                    Date 03 / 08 / 2016
  Signature

Print    Noelle                              O'Donnell           Title  Attorney
         First Name    Middle Name    Last Name

Company  Bleecker, Brodey, and Andrews

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  9247 North Meridian Street Suite 101
         Number           Street

         Indianapolis                IN        46260
         City                        State     ZIP Code

Contact phone  ( 317 ) 574 – 0700                     Email bankruptcy@bbanda.com

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **2**

**Certificate of Service**

      This is to certify that a true and accurate copy of this pleading was served on all creditor and all parties of interest by electronic media or placing a copy in the U.S. Mail on March 7, 2016, at the addresses listed below: United States Trustee, One Michiana Square Building, Suite 555, 100 East Wayne Street, South Bend, IN 46601; Debtor's Attorney, Orlando Velazquez, via email at *notice@billbusters.com*; Chapter 13 Trustee, Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, Debtor, Erschel C De Leon, 7603 Bristol Lane Unit D, Hanover Park, Il 60133.

By: /s / Noelle O'Donnell
Date: March 7, 2016